**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               )<br>                                                       )<br>            Plaintiff/Respondent,     )<br>                                                       )<br>      v.                                             )<br>                                                       )<br> Andrew V. Acosta,                        )<br>                                                       )<br>            Defendant/Movant.       )<br>                                                       )<br>_____) | No. CV-07-1160-PHX-GMS (DKD)<br>No. CR-03-0075-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Movant's Motion to Vacate, Set Aside or Correct Sentence and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Dkt. ## 1 and 7. The R&R recommends that the Court deny the motion because "[a] claim raised and rejected on direct appeal cannot form the basis for a section 2255 motion ." Dkt. # 7 at 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

1  determine de novo any part of the magistrate judge's disposition that has been properly
2  objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-
3  taken. The Court will accept the R&R and deny the motion. *See* 28 U.S.C. § 636(b)(1)
4  (stating that the district court "may accept, reject, or modify, in whole or in part, the
5  findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The
6  district judge may accept, reject, or modify the recommended disposition; receive further
7  evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge David K. Duncan's R&R (Dkt. # 7) is **accepted**.
2. Movant's Motion to Vacate, Set Aside or Correct Sentence (Dkt. #1) is **denied**.
3. The Clerk of the Court shall **terminate** this action.

DATED this 22nd day of December, 2008.

*G. Murray Snow*
United States District Judge